**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re: Case No: 6:13-bk-02399-CCJ
Chapter 7

Lemmon, Dorothy

Debtor(s)
_______________________/

**REPORT AND NOTICE OF INTENTION TO SELL**
**NON – EXEMPT PROPERTY OF THE ESTATE AT PRIVATE SALE**

TO: Creditors, Debtor(s) and Parties in Interest:

Arvind Mahendru, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports the availability for purchase of the estate's interest in the property listed in this notice and that Trustee intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions set forth below:

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY-FOUR (24) DAYS FROM THE DATE SET FORTH ON THE PROOF OF SERVICE ATTACHED TO THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT 400 W. WASHINGTON ST., SUITE. 5100, ORLANDO, FL 32801. IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE AND NOTIFY YOU OF A HEARING, OR THE COURT MAY CONSIDER THE OBJECTION AND MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

1. **Description of Property:** All Bankruptcy Estate's right, title and interest in the parcel(s) of non-exempt real property, together with any and all improvements located thereon, including any and all non-exempt appliances, window treatments and fixtures as well as any and all tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining (collectively, the "Property") more particularly described as follows:

Address: 312 Burleigh Street, Orlando FL 32824

Legal Description: SOUTHCHASE PHASE 1B VILLAGE 6 29/132 LOT 25

PID#29-24-14-8219-00-250

2. **Method of Sale:** The Property will be sold to a private third-party purchaser for value.

3. **Purchase Terms:** Cash

4. **Purchaser to be Approved:** Platinum Properties Orlando LLC, PO BOX 691989, Orlando FL 32869

5. **Sale Price:** $4,000.00

6. **Closing**: Upon expiration of the negative notice period outlined above, the purchaser shall funds in an amount equal to the agreed upon final sales price and the total amount of applicable taxes calculated and due under Fla. Stat. § 201.02. The Purchaser shall procure a title search from a reputable title insurance company (at the Purchaser's cost) for the limited purpose of calculating the applicable taxes due in accordance with Fla. Stat. § 201.02. Upon collection of the sale proceeds and applicable taxes from the Purchaser, the Purchaser shall prepare a Trustee's Deed and forward such to the Trustee for approval. Upon approval, the deed shall be recorded and Purchasers shall pay all applicable transfer taxes at recording.

7. **Terms of the Sale:** The property is being sold "as-is, where is with all faults and defects therein" with no representations or warranties of any kind and subject to any and all liens and encumbrances as listed on Debtor(s) bankruptcy schedules, together with any unknown liens, IRS liens, easements, covenants, conditions, restrictions, reservations, judgments and actions of record encumbering the Property as well as any accrued and accruing taxes and assessments or otherwise, if any. Purchaser shall pay the total amount of applicable transfer taxes calculated and due under Fla. Stat. § 201.02. The Trustee has not performed a judgment or lien title search. Purchaser is responsible for checking marketability of title prior to date of sale.

8. **Bidding Procedures :** The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Any higher bid must be received by the Trustee at the address listed below no later than the close of business twenty one (21) days from the date of this notice.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent by US first class mail to all parties on the attached mailing matrix on the 28th day of December, 2014.

Arvind Mahendru, Trustee
Arvind Mahendru
5703 Red Bug Lake Road
Suite 284
Winter Springs, FL 32708
407-504-2462